

NUMBER 13-14-00311-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE RICHARD BIANCHI

On Petition for Writ of Mandamus and
Petition for Writ of Prohibition and
Emergency Motion for Relief.

ORDER

Before Chief Justice Valdez and Justices Perkes and Longoria
Per Curiam Order

Relator, Richard Bianchi, Aransas County Attorney, filed a petition for writ of mandamus and petition for writ of prohibition and emergency motion for relief in the above cause on June 4, 2014. The respondent in this original proceeding is the Honorable William Adams, County Court at Law, Aransas County, Texas.

The Court, having examined and fully considered the emergency motion for relief, is of the opinion that it should be and is GRANTED as stated herein. We GRANT an emergency stay of the respondent's May 29, 2014 order appointing an attorney pro tem

and an emergency stay of the respondent's June 3, 2014 order of clarification. By previous order of this Court issued in appellate cause number 13-14-00303-CV, this Court stayed the May 28, 2014 order issued by the Honorable David Peeples, sitting by assignment, granting a quo warranto petition and removing Bianchi from office, and also stayed Judge Peeple's May 30, 2014 order, which stated that the May 28, 2014 order of removal was immediately enforceable and effective.

This order and the Court's previous order in appellate cause number 13-14-00303-CV are issued to maintain the status quo and preserve the parties' rights, thus, Bianchi remains the acting County Attorney of Aransas County until further order of this Court. *See* TEX. R. APP. P. 29.3, 52.10. The respondent in this original proceeding and all agents under his authority or control are directed to refrain from interfering with or impeding Bianchi's duties as an elected public official and the County Attorney of Aransas County.

The Court requests that the State of Texas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus and petition for writ of prohibition on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Order delivered and filed
this 4th day of June, 2014.